IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV348 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID H. BATCHELDER, MOGENS C. BAY, HOWARD G. BUFFETT, STEPHEN G. BUTLER, JOHN T. CHAIN JR., CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE, CONAGRA FOODS, INC., STEVEN F. GOLDSTONE, ALICE B. HAYES, JOHN DOES 1-20, W. G. JURGENSEN, ROBERT KRANE, MARK H. RANENHORST, CARL E. REICHARDT, BRUCE ROHDE, RONALD W. ROSKENS, and KENNETH E. STINSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's office has not received a Consent to Exercise of Jurisdiction by United States Magistrate Judge form signed by all parties.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 5th day of August, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon, Chief Judge**
United States District Court