IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL A. RANTALA, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:05CV349 |
| DENISE A. BRIGHT, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:05CV348<br><br><br><br><br><br>ORDER |

This matter is before the Court on plaintiffs' motions to consolidate (Filing No. 8 in each case) these cases and

defendants' response (Filing No. 17 in 8:05CV349; Filing No. 18 in 8:05CV348) wherein they do not object to said consolidation. The Court finds said motions should be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiffs' motions are granted; these actions are consolidated.

2) Plaintiffs are appointed as co-lead plaintiffs.

3) The law firm of Wechsler Harwood, LLP, and Scott & Scott, LLC, is appointed as co-lead counsel for plaintiffs and the ERISA class.

4) The law firm of Timmermier, Gross & Prentiss is appointed as liaison counsel.

DATED this 15th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court