# PRINCIPLES OF CORPORATE FINANCE

SEVENTH EDITION

RICHARD A. BREALEY

Emeritus Professor of Finance
London Business School

STEWART C. MYERS

Gordon Y Billard Professor of Finance
Sloan School of Management
Massachusetts Institute of Technology

McGraw-Hill Irwin

Boston Burr Ridge, IL Dubuque, IA Madison, WI New York San Francisco St. Louis
Bangkok Bogotá Caracas Kuala Lumpur Lisbon London Madrid Mexico City
Milan Montreal New Delhi Santiago Seoul Singapore Sydney Taipei Toronto

McGraw-Hill Higher Education

A Division of The McGraw-Hill Companies

PRINCIPLES OF CORPORATE FINANCE

Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, of the Americas, New York, NY, 10020. Copyright © 2003, 2000, 1996, 1991, 1988, 198 McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may b distributed in any form or by any means, or stored in a database or retrieval system, written consent of The McGraw-Hill Companies, Inc., including, but not limited to, i other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available tc side the United States.

This book is printed on acid-free paper.

domestic 1 2 3 4 5 6 7 8 9 0 WCK/WCK 0 9 8 7 6 5 4 3 2
international 2 3 4 5 6 7 8 9 0 WCK/WCK 0 9 8 7 6 5 4 3 2

ISBN 0-07-286946-1

Publisher: *Stephen M. Patterson*
Senior developmental editor: *Sarah Ebel*
Executive marketing manager: *Rhonda Seelinger*
Producer, Media technology: *Melissa Kansa*
Senior project manager: *Jean Lou Hess*
Senior production supervisor: *Michael McCormick*
Director of design BR: *Keith J. McPherson*
Supplement producer: *Joyce J. Chappetto*
Cover design: *Keith J. McPherson*
Interior design: *Maureen McCutcheon*
Typeface: *10/12 Palatino*
Compositor: *Carlisle Communications, Ltd.*
Printer: *Quebecor World Versailles Inc.*

**Library of Congress Cataloging-in-Publication Data**

Brealey, Richard A.
Principles of corporate finance / Richard A. Brealey, Stewart C. Myers.—7th ed.
p. cm.—(The McGraw-Hill/Irwin series in finance, insurance, and real estate)
Includes bibliographical references and index.
ISBN 0-07-246766-5 (alk. paper)—ISBN 0-07-115144-3 (international : alk. paper)
1. Corporations—Finance. I. Myers, Stewart C. II. Title. III. Series.
HG4026 .B667 2003
658.15—dc21 2002069248

INTERNATIONAL EDITION ISBN 0-07-115144-3
Copyright © 2003. Exclusive rights by The McGraw-Hill Companies, Inc., for manu port. This book cannot be re-exported from the country to which it is sold by McGra International Edition is not available in North America.

www.mhhe.com

8:05-cv-00348-LES-TDT Doc # 36-23 Filed: 12/19/05 Page 3 of 10 - Page ID # 685

CHAPTER SEVEN

# INTRODUCTION TO RISK, RETURN, AND THE OPPORTUNITY COST OF CAPITAL

| Stock | Beta (β) | Stock | Beta (β) |
|---|---|---|---|
| Amazon.com* | 3.25 | General Electric | 1.18 |
| Boeing | .56 | General Motors | .91 |
| Coca-Cola | .74 | McDonald's | .68 |
| Dell Computer | 2.21 | Pfizer | .71 |
| Exxon Mobil | .40 | Reebok | .69 |

**TABLE 7.5**

Betas for selected U.S. common stocks, August 1996–July 2001.

*June 1997–July 2001.




**FIGURE 7.11**

The return on Dell Computer stock changes on average by 2.21 percent for each additional 1 percent change in the market return. Beta is therefore 2.21.

### Market Risk Is Measured by Beta

If you want to know the contribution of an individual security to the risk of a well-diversified portfolio, it is no good thinking about how risky that security is if held in isolation—you need to measure its *market* risk, and that boils down to measuring how sensitive it is to market movements. This sensitivity is called **beta** (β).

Stocks with betas greater than 1.0 tend to amplify the overall movements of the market. Stocks with betas between 0 and 1.0 tend to move in the same direction as the market, but not as far. Of course, the market is the portfolio of all stocks, so the "average" stock has a beta of 1.0. Table 7.5 reports betas for the 10 well-known common stocks we referred to earlier.

Over the five years from mid-1996 to mid-2001, Dell Computer had a beta of 2.21. If the future resembles the past, this means that *on average* when the market rises an extra 1 percent, Dell's stock price will rise by an extra 2.21 percent. When the market falls an extra 2 percent, Dell's stock prices will fall an extra 2 × 2.21 = 4.42 percent. Thus a line fitted to a plot of Dell's returns versus market returns has a slope of 2.21. See Figure 7.11.

**TABLE 7.6**

Betas for foreign stocks, September 1996–August 2001 (betas are measured relative to the stock's home market).

| Stock | Beta | Stock | Beta |
|---|---|---|---|
| Alcan | .66 | LVMH | 1.42 |
| BP Amoco | .82 | Nestlé | .64 |
| Deutsche Bank | 1.18 | Nokia | 1.29 |
| Fiat | 1.03 | Sony | 1.38 |
| KLM | .82 | Telefonica de Argentina | 1.06 |

Of course Dell's stock returns are not perfectly correlated with market returns. The company is also subject to unique risk, so the actual returns will be scattered about the line in Figure 7.11. Sometimes Dell will head south while the market goes north, and vice versa.

Of the 10 stocks in Table 7.5 Dell has one of the highest betas. Exxon Mobil is at the other extreme. A line fitted to a plot of Exxon Mobil's returns versus market returns would be less steep: Its slope would be only .40.

Just as we can measure how the returns of a U.S. stock are affected by fluctuations in the U.S. market, so we can measure how stocks in other countries are affected by movements in *their* markets. Table 7.6 shows the betas for the sample of foreign stocks.

## Why Security Betas Determine Portfolio Risk

Let's review the two crucial points about security risk and portfolio risk:

- Market risk accounts for most of the risk of a well-diversified portfolio.
- The beta of an individual security measures its sensitivity to market movements.

It's easy to see where we are headed: In a portfolio context, a security's risk is measured by beta. Perhaps we could just jump to that conclusion, but we'd rather explain it. In fact, we'll offer two explanations.

**Explanation 1: Where's Bedrock?** Look back to Figure 7.8, which shows how the standard deviation of portfolio return depends on the number of securities in the portfolio. With more securities, and therefore better diversification, portfolio risk declines until all unique risk is eliminated and only the bedrock of market risk remains.

Where's bedrock? It depends on the average beta of the securities selected.

Suppose we constructed a portfolio containing a large number of stocks—500, say—drawn randomly from the whole market. What would we get? The market itself, or a portfolio *very* close to it. The portfolio beta would be 1.0, and the correlation with the market would be 1.0. If the standard deviation of the market were 20 percent (roughly its average for 1926–2000), then the portfolio standard deviation would also be 20 percent.

But suppose we constructed the portfolio from a large group of stocks with an average beta of 1.5. Again we would end up with a 500-stock portfolio with virtually no unique risk—a portfolio that moves almost in lockstep with the market. However, *this* portfolio's standard deviation would be 30 percent, 1.5 times that of

the market.[27] A well-diversified portfolio with a beta of 1.5 will amplify every market move by 50 percent and end up with 150 percent of the market's risk.

Of course, we could repeat the same experiment with stocks with a beta of .5 and end up with a well-diversified portfolio half as risky as the market. Figure 7.12 shows these three cases.

The general point is this: The risk of a well-diversified portfolio is proportional to the portfolio beta, which equals the average beta of the securities included in the portfolio. This shows you how portfolio risk is driven by security betas.

**Explanation 2: Betas and Covariances.** A statistician would define the beta of stock *i* as

$$\beta_i = \frac{\sigma_{im}}{\sigma_m^2}$$

where $\sigma_{im}$ is the covariance between stock *i*'s return and the market return, and $\sigma_m^2$ is the variance of the market return.

It turns out that this ratio of covariance to variance measures a stock's contribution to portfolio risk. You can see this by looking back at our calculations for the risk of the portfolio of Coca-Cola and Reebok.

Remember that the risk of this portfolio was the sum of the following cells:

| | Coca-Cola | Reebok |
|---|---|---|
| Coca-Cola | $(.65)^2 \times (31.5)^2$ | $.65 \times .35 \times .2 \times 31.5 \times 58.5$ |
| Reebok | $.65 \times .35 \times .2 \times 31.5 \times 58.5$ | $(.35)^2 \times (58.5)^2$ |

If we add each *row* of cells, we can see how much of the portfolio's risk comes from Coca-Cola and how much comes from Reebok:

| Stock | Contribution to Risk |
|---|---|
| Coca-Cola | $.65 \times \{[.65 \times (31.5)^2] + [.35 \times .2 \times 31.5 \times 58.5]\} = .65 \times \phantom{1,}774.0$ |
| Reebok | $.35 \times \{[.65 \times .2 \times 31.5 \times 58.5] + [.35 \times (58.5)^2]\} = .35 \times 1{,}437.3$ |
| | Total portfolio 1,006.1 |

Coca-Cola's contribution to portfolio risk depends on its relative importance in the portfolio (.65) and its average covariance with the stocks in the portfolio (774.0). (Notice that the average covariance of Coca-Cola with the portfolio includes its covariance with itself, i.e., its variance.) The *proportion* of the risk that comes from the Coca-Cola holding is

$$\text{Relative market value} \times \frac{\text{average covariance}}{\text{portfolio variance}} = .65 \times \frac{774.0}{1{,}006.1} = .65 \times .77 = .5$$

Similarly, Reebok's contribution to portfolio risk depends on its relative importance in the portfolio (.35) and its average covariance with the stocks in the

[27] A 500-stock portfolio with $\beta = 1.5$ would still have some unique risk because it would be unduly concentrated in high-beta industries. Its actual standard deviation would be a bit higher than 30 percent. If that worries you, relax; we will show you in Chapter 8 how you can construct a fully diversified portfolio with a beta of 1.5 by borrowing and investing in the market portfolio.

**FIGURE 7.12**

(*a*) A randomly selected 500-stock portfolio ends up with β = 1 and a standard deviation equal to the market's—in this case 20 percent. (*b*) A 500-stock portfolio constructed with stocks with average β = 1.5 has a standard deviation of about 30 percent—150 percent of the market's. (*c*) A 500-stock portfolio constructed with stocks with average β = .5 has a standard deviation of about 10 percent—half the market's.



portfolio (1,437.3). The *proportion* of the risk that comes from the Reebok holding is also .5:

$$.35 \times \frac{1{,}437.3}{1{,}006.1} = .35 \times 1.43 = .5$$

In each case the proportion depends on two numbers: the relative size of the holding (.65 or .35) and a measure of the effect of that holding on portfolio risk (.77 or 1.43). The latter values are the betas of Coca-Cola and Reebok *relative to that portfolio.* On average, an extra 1 percent change in the value of the portfolio would be associated with an extra .77 percent change in the value of Coca-Cola and a 1.43 percent change in the value of Reebok.

To calculate Coca-Cola's beta relative to the portfolio, we simply take the covariance of Coca-Cola with the portfolio and divide by the portfolio variance. The idea is exactly the same if we wish to calculate the beta of Coca-Cola *relative to the market portfolio.* We just calculate its covariance with the market portfolio and divide by the variance of the market:

$$\begin{array}{c}\text{Beta relative to market portfolio} \\ \text{(or, more simply, beta)}\end{array} = \frac{\text{covariance with market}}{\text{variance of market}} = \frac{\sigma_{im}}{\sigma_m^2}$$

## 7.5 DIVERSIFICATION AND VALUE ADDITIVITY

We have seen that diversification reduces risk and, therefore, makes sense for investors. But does it also make sense for the firm? Is a diversified firm more attractive to investors than an undiversified one? If it is, we have an *extremely* disturbing result. If diversification is an appropriate corporate objective, each project has to be analyzed as a potential addition to the firm's portfolio of assets. The value of the diversified package would be greater than the sum of the parts. So present values would no longer add.

Diversification is undoubtedly a good thing, but that does not mean that firms should practice it. If investors were *not* able to hold a large number of securities, then they might want firms to diversify for them. But investors *can* diversify.[28] In many ways they can do so more easily than firms. Individuals can invest in the steel industry this week and pull out next week. A firm cannot do that. To be sure, the individual would have to pay brokerage fees on the purchase and sale of steel company shares, but think of the time and expense for a firm to acquire a steel company or to start up a new steel-making operation.

You can probably see where we are heading. If investors can diversify on their own account, they will not pay any *extra* for firms that diversify. And if they have a sufficiently wide choice of securities, they will not pay any *less* because they are unable to invest separately in each factory. Therefore, in countries like the United States, which have large and competitive capital markets, diversification does not add to a firm's value or subtract from it. The total value is the sum of its parts.

This conclusion is important for corporate finance, because it justifies adding present values. The concept of *value additivity* is so important that we will give a

[28]One of the simplest ways for an individual to diversify is to buy shares in a mutual fund that holds a diversified portfolio.

formal definition of it. If the capital market establishes a value PV(A) for asset A and PV(B) for B, the market value of a firm that holds only these two assets is

$$PV(AB) = PV(A) + PV(B)$$

A three-asset firm combining assets A, B, and C would be worth PV(ABC) = PV(A) + PV(B) + PV(C), and so on for any number of assets.

We have relied on intuitive arguments for value additivity. But the concept is a general one that can be proved formally by several different routes.[29] The concept of value additivity seems to be widely accepted, for thousands of managers add thousands of present values daily, usually without thinking about it.

[29] You may wish to refer to the Appendix to Chapter 33, which discusses diversification and value additivity in the context of mergers.

## SUMMARY

Our review of capital market history showed [illegible] ied according to the risks they have borne [illegible] U.S. Treasury bills have provided an ave[illegible] cent a year. The riskiest securities that we [illegible]

[illegible]

[illegible] into one basket. They diversify. Thus [illegible] judged by an examination of that se[illegible] security's return is diversified [illegible] portfolio.

Risk in investment means that future re[illegible] possible outcomes is usually measured [illegible] generally [illegible] around 20 percent [illegible] Individual stocks have higher st[illegible] variability represents unique risk [illegible] variation in the general level of the [illegible]

A security's contribution [illegible] how the security is liable to be affect[illegible] tivity to market movements is known [illegible] investors expect the stock price to chang[illegible] the market. The average beta of all stocks is 1.0. A stock with a [illegible] is unusually sensitive to market movements; a stock [illegible] usually insensitive to market movements. The standard deviation of a well-

Visit us at www.mhhe.com/bm7e

diversified portfolio is proportional to its beta. Thus a diversified portfolio invested in stocks with a beta of 2.0 will have twice the risk of a diversified portfolio with a beta of 1.0.

One theme of this chapter is that diversification is a good thing *for the investor.* This does not imply that *firms* should diversify. Corporate diversification is redundant if investors can diversify on their own account. Since diversification does not affect the firm value, present values add even when risk is explicitly considered. Thanks to *value additivity,* the net present value rule for capital budgeting works even under uncertainty.

## FURTHER READING

*A very valuable record of the performance of United States securities since 1926 is:*

Ibbotson Associates, Inc.: *Stocks, Bonds, Bills, and Inflation, 2001 Yearbook,* Ibbotson Associates, Chicago, 2001.

*Dimson, Marsh, and Staunton compare market returns in 15 countries over the years 1900–2000 in:*

E. Dimson, P. R. Marsh, and M. Staunton: *Millenium Book II: 101 Years of Investment Returns,* ABN-Amro and London Business School, London, 2001.

*Fama and French derive measures of expected dividend growth to argue that historical data on the market risk premium overstate the expected premium. See:*

E. F. Fama and K. R. French: "The Equity Premium," *Journal of Finance,* forthcoming.

*Merton discusses the problems encountered in measuring average returns from historical data:*

R. C. Merton: "On Estimating the Expected Return on the Market: An Exploratory Investigation," *Journal of Financial Economics,* 8:323–361 (December 1980).

*The classic analysis of the degree to which stocks move together is:*

B. F. King: "Market and Industry Factors in Stock Price Behavior," *Journal of Business, Security Prices: A Supplement,* 39:179–190 (January 1966).

*There have been several studies of the way that standard deviation is reduced by diversification, including:*

M. Statman: "How Many Stocks Make a Diversified Portfolio?" *Journal of Financial and Quantitative Analysis,* 22:353–364 (September 1987).

*Formal proofs of the value additivity principle can be found in:*

S. C. Myers: "Procedures for Capital Budgeting under Uncertainty," *Industrial Management Review,* 9:1–20 (Spring 1968).

L. D. Schall: "Asset Valuation, Firm Investment and Firm Diversification," *Journal of Business,* 45:11–28 (January 1972).

Visit us at www.mhhe.com/bm7e

## QUIZ

1. **a.** What was the average annual return on United States common stocks from 1926 to 2000 (approximately)?
   **b.** What was the average difference between this return and the return on Treasury bills?
   **c.** What was the average return on Treasury bills in real terms?
   **d.** What was the standard deviation of returns on the market index?
   **e.** Was this standard deviation more or less than on most individual stocks?
2. A game of chance offers the following odds and payoffs. Each play of the game costs $100, so the net profit per play is the payoff less $100.