IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, individually and on behalf of all others similarly situated, ) ) ) ) | | |
| Plaintiffs, ) ) | 8:05CV348 | |
| v. ) ) | | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, ) ) ) ) ) ) ) ) ) ) ) | | |
| Defendants. ) _____) | | |
| MICHAEL A. RANTALA, individually and on behalf of all others similarly situated, ) ) ) ) | | |
| Plaintiffs, ) ) | 8:05CV349 | |
| v. ) ) | | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, ) ) ) ) ) ) ) ) ) ) ) | | |
| Defendants. ) _____) | | |

```
RICHARD J. BOYD,                    )
                                    )
              Plaintiffs,           )        8:05CV386
                                    )
     v.                             )
                                    )
CONAGRA FOODS INC.; BRUCE ROHDE;    )        ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;   )
ALICE B. HAYES; W.G. JURGENSEN;     )
CARL E. REICHARDT; HOWARD G.        )
BUFFETT; JOHN T. CHAIN, JR.,        )
STEVEN F. GOLDSTONE; MARK H.        )
RANENHORST; RONALD W. ROSKENS;      )
KENNETH STINSON; DAVID H.           )
BATCHELDER; ROBERT KRANE; CONAGRA   )
FOODS EMPLOYEES BENEFITS            )
COMMITTEE; JOHN DOES 1-20,          )
                                    )
              Defendants.           )
_____)
```

This matter is before the Court on the stipulation and joint motion regarding a one-week extension of time for defendants to file a motion to dismiss and supporting brief and for corresponding changes to the remainder of the briefing schedule (Filing No. 32 in 8:05CV348; Filing No. 31 in 8:05CV349; Filing No. 21 in 8:05CV386).  Accordingly,

IT IS ORDERED:

1) The motion is denied in part as moot as defendants have filed their motion to dismiss.

2)  The motion is granted in that plaintiffs shall have until February 2, 2006, to file an opposition thereto.

3) Defendants shall file a reply to plaintiffs' opposition on or before March 6, 2006.

DATED this 10th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court