IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV348 |
| v. | ) ) ) | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| MICHAEL A. RANTALA, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV349 |
| v. | ) ) ) | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

```
RICHARD J. BOYD,                   )
                                   )
            Plaintiffs,            )      8:05CV386
                                   )
     v.                            )
                                   )
CONAGRA FOODS INC.; BRUCE ROHDE;   )      ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;  )
ALICE B. HAYES; W.G. JURGENSEN;    )
CARL E. REICHARDT; HOWARD G.       )
BUFFETT; JOHN T. CHAIN, JR.,       )
STEVEN F. GOLDSTONE; MARK H.       )
RANENHORST; RONALD W. ROSKENS;     )
KENNETH STINSON; DAVID H.          )
BATCHELDER; ROBERT KRANE; CONAGRA  )
FOODS EMPLOYEES BENEFITS           )
COMMITTEE; JOHN DOES 1-20,         )
                                   )
            Defendants.            )
_____)
```

This matter is before the Court on the stipulation of the parties (Filing No. 64 in 8:05CV348; Filing No. 60 in 8:05CV349; Filing No. 55 in 8:05CV386) to extend deadline for responding to request for production of documents.  The Court finds said stipulation should be adopted.  Accordingly,

IT IS ORDERED the stipulation of the parties is adopted; defendants shall have until October 23, 2006, to serve written responses and/or objections to the document requests of plaintiffs.

DATED this 18th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court