IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DENISE A. BRIGHT, individually    )
and on behalf of all others       )
similarly situated,               )
                                  )
            Plaintiffs,           )      8:05CV348
                                  )
      v.                          )
                                  )
CONAGRA FOODS INC.; BRUCE ROHDE;  )
MOGENS C. BAY; STEPHEN G. BUTLER; )
ALICE B. HAYES; W.G. JURGENSEN;   )
CARL E. REICHARDT; HOWARD G.      )
BUFFETT; JOHN T. CHAIN, JR.,      )
STEVEN F. GOLDSTONE; MARK H.      )
RANENHORST; RONALD W. ROSKENS;    )
KENNETH STINSON; DAVID H.         )
BATCHELDER; ROBERT KRANE; CONAGRA )
FOODS EMPLOYEES BENEFITS          )
COMMITTEE; JOHN DOES 1-20,        )
                                  )
            Defendants.           )
_____)
MICHAEL A. RANTALA, individually  )
and on behalf of all others       )
similarly situated,               )
                                  )
            Plaintiffs,           )      8:05CV349
                                  )
      v.                          )
                                  )
CONAGRA FOODS INC.; BRUCE ROHDE;  )
MOGENS C. BAY; STEPHEN G. BUTLER; )
ALICE B. HAYES; W.G. JURGENSEN;   )
CARL E. REICHARDT; HOWARD G.      )
BUFFETT; JOHN T. CHAIN, JR.,      )
STEVEN F. GOLDSTONE; MARK H.      )
RANENHORST; RONALD W. ROSKENS;    )
KENNETH STINSON; DAVID H.         )
BATCHELDER; ROBERT KRANE; CONAGRA )
FOODS EMPLOYEES BENEFITS          )
COMMITTEE; JOHN DOES 1-20,        )
                                  )
            Defendants.           )
_____)
```

```
RICHARD J. BOYD,                      )
                                      )
                Plaintiffs,           )           8:05CV386
                                      )
        v.                            )
                                      )
CONAGRA FOODS INC.; BRUCE ROHDE;      )           ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;     )
ALICE B. HAYES; W.G. JURGENSEN;       )
CARL E. REICHARDT; HOWARD G.          )
BUFFETT; JOHN T. CHAIN, JR.,          )
STEVEN F. GOLDSTONE; MARK H.          )
RANENHORST; RONALD W. ROSKENS;        )
KENNETH STINSON; DAVID H.             )
BATCHELDER; ROBERT KRANE; CONAGRA     )
FOODS EMPLOYEES BENEFITS              )
COMMITTEE; JOHN DOES 1-20,            )
                                      )
                Defendants.           )
_____)
```

This matter is before the Court on the joint motion to stay (Filing No. 68 in 8:05CV348; Filing No. 64 in 8:05CV349; Filing No. 59 in 8:05CV386). Accordingly,

IT IS ORDERED that the motion is granted; these actions are stayed pending mediation. The schedule set forth by the parties in the motion is adopted by the Court.

DATED this 11th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court