IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV348 |
| v. | ) ) | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| MICHAEL A. RANTALA, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV349 |
| v. | ) ) | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

```
RICHARD J. BOYD,                      )
                                      )
              Plaintiffs,             )       8:05CV386
                                      )
       v.                             )
                                      )
CONAGRA FOODS INC.; BRUCE ROHDE;      )       ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;     )
ALICE B. HAYES; W.G. JURGENSEN;       )
CARL E. REICHARDT; HOWARD G.          )
BUFFETT; JOHN T. CHAIN, JR.,          )
STEVEN F. GOLDSTONE; MARK H.          )
RANENHORST; RONALD W. ROSKENS;        )
KENNETH STINSON; DAVID H.             )
BATCHELDER; ROBERT KRANE; CONAGRA     )
FOODS EMPLOYEES BENEFITS              )
COMMITTEE; JOHN DOES 1-20,            )
                                      )
              Defendants.             )
_____)
```

This matter is before the Court on joint motion for leave to file the list showing distributions as a restricted document (Filing No. 124 in 8:05CV348; Filing No. 115 in 8:05CV349; Filing No. 109 in 8:05CV386). Accordingly,

IT IS ORDERED that the motion is granted; the list showing distributions shall be maintained as a restricted document.

DATED this 28th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court